FILED
2017 Apr-04  PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| PHILLIP McGEE, Sr. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cv-02082-JHE |
| | ) | |
| ELI LILLY AND COMPANY, and | ) | |
| BOEHRINGER INGELHEIM | ) | |
| PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE RESPONSIVE PLEADING

COMES NOW counsel for Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI") and files this Unopposed Motion for Extension of Time to File Responsive Pleading ("Motion"). In support of the Motion, BIPI would show as follows:

1.  BIPI received service of process in this matter on **March 21, 2017**. Thus, BIPI's current deadline to file a responsive pleading to the Complaint under the Federal Rules of Civil Procedure is April 11, 2017.

2.  BIPI has requested, and Plaintiff has consented to, an additional thirty-days in which to file a responsive pleading to the Complaint.

3.  By making this motion, BIPI does not waive its right to contest jurisdiction and venue, expressly reserves those rights, and reserves rights to assert all other affirmative defenses to the Complaint.

4.  Plaintiff does not oppose this Motion.

WHEREFORE, PREMISES CONSIDERED, BIPI would request an additional thirty days, or until **May 11, 2017**, in which to file a responsive pleading to the Complaint.

Dated: April 4, 2017

/s/  F. M. Haston III
_____

F. M. Haston III (ASB-885-a64f)
Ellen S. Presley (ASB-0135-e49p)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Tel. (205) 521-8000
Fax (205) 488-6000
thaston@bradley.com
epresley@bradley.com

***Counsel for Boehringer Ingelheim
Pharmaceuticals, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2017 a copy of the foregoing was filed using the Court's CM/ECF system, which will send electronic notification to the following:

Richard A. Wright
B. Kristian W. Rasmussen
CORY WATSON, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
rwright@corywatson.com
krasmussen@cwcd.com
*Counsel for Plaintiff*

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Timothy J. Becker, Esquire
Rolf T. Fiebiger, Esquire
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
tbecker@johnsonbecker.com
rfiebiger@johnsonbecker.com

*Counsel for Plaintiff*

/s/ F. M. Haston III
Of Counsel